SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Glen Glines, et al,<br><br><br>　　　　Defendants | Case No.: CIV.S 08-cv-02330-WBS-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF GLEN GLINES AND** ~~Proposed~~ **ORDER**<br><br><br>Complaint Filed:  OCTOBER 2, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Glen Glines) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendant (Glen Glines) is dismissed because this Defendant no longer operates the business.

Dated: December 1, 2008                  /s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　　　　　CIV: S-08-02330-WBS-KJM

1  **IT IS SO ORDERED**.

3  Dated: December 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-02330-WBS-KJM