SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br><br>Glen Glines, et al,<br><br><br><br>Defendants | Case No.: CIV.S 08-cv-02330-WBS-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF MICHAEL A. CLIFFORD AND** ~~Proposed~~ **ORDER**<br><br>Complaint Filed: OCTOBER 2, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Michael A. Clifford) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Michael A. Clifford) is dismissed because Plaintiff is unable to affect proper service.

Dated: January 9, 2009                                    /s/Scott N. Johnson_____
                                                                            SCOTT N. JOHNSON
                                                                            Attorney for Plaintiff

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                            CIV: S-08-02330-WBS-KJM

1

1  **IT IS SO ORDERED**.

3  Dated:  January 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-02330-WBS-KJM